▉ In the Matter of the Estate of POWELL CRICHTON, Deceased. POWELL CRICHTON JR., Respondent; SIDNEY S. BOBBÉ, Appellant.—In a proceeding to settle an executrix' account, in which one of the interested parties made a motion to substitute attorneys, Sidney S. Bobbé (the original attorney) appeals, as limited by his briefs, from so much of an order of the Surrogate's Court, Westchester County, entered April 5, 1966, granting such motion, as failed to fix the amount of his fee, and instead, *inter alia,* provided for its future determination. Order insofar as appealed from, affirmed, with $10 costs and disbursements payable by appellant personally to the respondent, without prejudice to appellant's remedy, if any, under section 231-a of the Surrogate's Court Act. No opinion. Christ, Acting P. J., Brennan, Hill, Hopkins and Benjamin, JJ., concur.